# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-2988
Lower Tribunal No. 2021-DP-000132-O

_____

In the Interest of R.P.-M, a child.

C.M.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and GUARDIAN AD LITEM,

Appellees.

_____

Appeal from the Circuit Court for Orange County.
Heather L. Higbee, Judge.

November 15, 2023

PER CURIAM.

AFFIRMED.

WHITE, SMITH and GANNAM, JJ., concur.


Michael DeVoe, of the DeVoe Law Firm, Orlando, for Appellant.

Kelley Schaeffer, Appellate Counsel, of Children's Legal Services, Bradenton, for Appellee, Department of Children and Families.

Kavita Sookrajh, of Legal Aid Society of the Orange County Bar Association, Inc., Orlando, for Appellee, Guardian ad Litem.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED